UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
KISAT, SAKINA S § Case No. 12-11754
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:30 a.m.
on January 23, 2013
in Courtroom 742, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Kenneth S. Gardner_____
                                         Clerk of the US Bankruptcy Court


*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| KISAT, SAKINA S | § | Case No. 12-11754 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 4,250.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,250.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,062.50 | $ 0.00 | $ 1,062.50 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 747.50 | $ 0.00 | $ 747.50 |

| | | |
| --- | --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ | 1,810.00 |
| Remaining Balance | $ | 2,440.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 667,125.44  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Green Oaks Therapy LLC | $ 3,715.00 | $ 0.00 | $ 13.59 |
| 000002 | Popular Community Bank | $ 620,285.75 | $ 0.00 | $ 2,268.68 |
| 000003 | Capitol Indemnity Corporation | $ 23,341.22 | $ 0.00 | $ 85.37 |
| 000004 | Capital One Bank (USA), N.A. | $ 1,422.62 | $ 0.00 | $ 5.20 |
| 000005 | PYOD, LLC its successors and assigns as assignee | $ 18,360.85 | $ 0.00 | $ 67.16 |

Total to be paid to timely general unsecured creditors    $     2,440.00

Remaining Balance    $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 12-11754-CAD
Sakina S Kisat                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1              User: bchavez                Page 1 of 3           Date Rcvd: Dec 20, 2012
                                  Form ID: pdf006              Total Noticed: 79

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2012.
```
db          +Sakina S Kisat,    1651 N. Evergreen Avenue,    Arlington Heights, IL 60004-3806
18673310    +ABCare Rehabilitation Ltd,    3441 Prestwick Lane,    Northbrook, IL 60062-5036
18673311    +ABF Therapy Services PC,    P O Box 9544,    Naperville, IL 60567-0544
18673312     Ability Network Inc,    Dept Ch 16577,    Palatine, IL 60577
18673313   #+Advanced Therapy Solutions,    5100 East State St   Ste 200,    Rockford, IL 61108-2398
18673316    +American Security Ins Co,    P O Box 50355,    Atlanta, GA 30302-0355
18673317    +Bally Total Fitness,    P O Box 96241,    Washington, DC 20090-6241
18673318    +Banco Popular,    P O Box 4601,    Oak Park,, IL 60303-4601
18673320    +Best Healthcare,    2736 Bainbridge Blvd,    West Chicago, IL 60185-6433
18673321     Best Practice Of NW SC,    P O Box 758682,    Baltimore, MD 21275-8682
18673322    +Blue Cross Blue Shield,    300 E Randolph St   Dept 528,    Chicago, IL 60601-5099
18673323    +Buschbak Insurance Agency,    5615 W 95 Street,    Oak Lawn, IL 60453-2383
18673325    +CBCS,    P O Box 69,    Columbus, OH 43216-0069
18673324    +Capital One,    P O Box 30285,    Salt Lake City, UT 84130-0285
19330745     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
19126566    +Capitol Indemnity Corporation,    14100 N 83rd Avenue Suite 235,    Peoria, AZ 85381-5662
18673308    +Citi,    P O Box 6500,    Sioux Falls, SD 57117-6500
18673327     Codilis & Associates,    15W030 W Frontage Rd Suite 100,    Burr Ridge, IL 60527
18673328    +Collection Agency For Dr Langen,    1040 Kings Hwy N,    Cherry Hill, NJ 08034-1908
18673329     Collection Bureau Of America,    P O Box 5013,    Hayward, CA 94540-5013
18673332    +Community Physical Therapy Assoc,    2171 Executiv Dr Suite 500,    Addison, IL 60101-5626
18673333    +Cornerstone Lakes Homeowners Assn,    109 Fairfiedl WAy Suite 106,    Bloomingdale, IL 60108-1522
18673334    +County Of DuPage,    421 N County Farm Rd,    Wheaton, IL 60187-3984
18673336    +Deyta LLC,    7400 New LaGrange Rd  Ste 200,    Louisville, KY 40222-4870
18673338     ER Doctor,    Best Practice Of Northwest SC,    P O Box 758682,    Baltimore, MD 21275-8682
18673339    +Franklin Collection Services,    P O Box 3910,    Tupelo, MS 38803-3910
18673340    +Franklin Collection Svs,    P O Box 3910,    Tupelo, MS 38803-3910
18673343    +GMAC,    P O Box 4025,    Coraopolis, PA 15108-6942
18673342    +GMAC,    P O Box 4622,    Waterloo, IA 50704-4622
18673344    +GMAC Home Insurance,    P O Box 4025,    Coraopolis, AA 15108-6942
18673349   ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
             (address filed with court:   Green Tree SErvicing,    P O Box 94710,    Palatine, IL  60094)
18673341    +Gem Staffing,    5440 N Cumberland #101A,    Chicago, IL 60656-4701
18673345    +Goggins & Lavintman, Attorneys,    1295 Northland Dr  Ste 270,    Medota Heights, MN 55120-1373
18673346    +Green Oaks Therapy LLC,    2150 Irene Ln,    Green Oaks, IL 60048-4513
18673348    +Green Tree Lending,    P O Box 94710,    Palatine, IL 60094-4710
18673350    +Groot,    P O Box 92197,    Elk Grove, IL 60009-2197
18673354    +Illinois Dept Of Financial Profes Reg,    329 W WAshington 6thFloor,    Springfield, IL 62786-0001
18673355    +Illinois Therapeutic & Nursing  Service,    6055 N Lincoln Ave STe 102,    Chicago, IL 60659-2435
18673356    +Indy Mac,    P O Box 100511,    Florence, SC 29502-0511
18673357    +Indy Mac Bank,    P O Box 100511,    Florence, SC 29502-0511
18673358    +Indy Mac Home Insurance,    Div One Wst Bank FS,    P O Box 100511,    Florence, SC 29502-0511
18673359    +Ira Nevel LLC,    175 N. Franklin  Ste 201,    Chicago, IL 60606-1847
18673360    +Javier Ruiz Landscaping Service,    266 Wayne Place,    Wheeling, IL 60090-4636
18673361    +Jeff Flinn,    156 Hillcrest Dr,    Barrington, IL 60010-4712
18673306    +Kisat Sakina S,    1651 N Evergreen Avenue,    Arlington Heights, IL 60004-3806
18673362    +Lake View Management,    135 E Algonquin Rd Ste 2A,    Arlington Heights, IL 60005-5321
18673363    +Legal Collecors Ltd,    5440 N Cumberland #150,    Chicago, IL 60656-4707
18673307     Mark Becker,    60195-2036
18673364    +Med Pass,    10800 Industry Lane,    Miamisburg, OH 45342-0820
18673365    +Midwest Financials,    5421 W Lawrence AVe,    Chicago, IL 60630-3404
18673366    +NCH,    P O Box 48458,    Oak P Ark, MI 48237-6058
18673367    +NCR REcovery Corp,    5975 Cattlemen Ln  P O Box 50276,    Sarasota, FL 34232-0302
18673369    +Palmetto GBA,    Government Finance Dept AG-215,    P O Box 100192,    Columbia, SC 29202-3192
18673370     Palmetto GBA LLC,    P O Box 100277,    Columbia, SC 29202-3277
18673371    +Parkway Bank,    4800 N Harlem Ave,    Harwood Hts, IL 60706-3577
18673372    +Pitney Bowes,    P O Box 371887,    Pittsburgh, PA 15250-7887
19094885    +Popular Community Bank,    Paul Warner,    9600 W Bryn Mawr,    Rosemont, IL 60018-5226
18673373    +Prime Care Rehab Inc,    1254 Adler Ln,    Carol Stream, IL 60188-1392
18673374    +Quality Assured Services Inc,    Cba Alere Home Monitoring Prod,    70 S Keller Rd,
              Orlando, FL 32810-6103
18673375    +Sage Capital REcovery,    1040 Kings Hwy N,    Cherry Hill, NJ 08034-1908
18673377    +Suburban EZ Premium Payment,    5615 W 95th Street,    Oaklawn, IL 60453-6504
18673378     T Mobile,    P O Box 742596,    Cincinnati, OH 45274-2596
18673383     TNR,    150 Harvest Dr Ste 105,    Burr Ridge, IL 60527
18673379    +Therapeutic Services Of America,    2625 Butterfield Rd  STe 300,    Oakbrook, IL 60523-1262
18673381    +Therapy Care Ltd,    1049 E Wilson St   STe 100,    Batavia, IL 60510-2478
18673382    +Therapy Network Resources,    150 Harvest Dri Ste 105,    Burr Ridge, IL 60527-5968
18673384    +United Rehab Providers,    8224 S Kedzie Ave,    Chicago, IL 60652-3329
18673385    +Weedman,    830 Steon Ct #1,    Wheeling, IL 60090-5772
18673386    +Wildlife SErvices LLC,    P O Box 1077,    McHenry, IL 60051-9017
18673387    +XCELHC,    2201 Main Street,    Evanston, IL 60202-1519
```

```
District/off: 0752-1           User: bchavez                Page 2 of 3                   Date Rcvd: Dec 20, 2012
                               Form ID: pdf006              Total Noticed: 79
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18673314     +E-mail/Text: roy.buchholz@allianceoneinc.com Dec 21 2012 00:59:50      Alliance One,
              4850 Street Rd  Ste 300,   Trevase, PA 19053-6643
18673326     +E-mail/Text: collections@bluelynxmedia.com Dec 21 2012 03:20:48      Chicago Tribune,
              435 N Michigan Ave TT300,   Chicago, IL 60611-4066
18673330     +E-mail/Text: legalcollections@comed.com Dec 21 2012 00:58:21      Com Ed,   P O Box 6111,
              Carol STream, IL 60197-6111
18673337     +E-mail/Text: bankruptcy@water.com Dec 21 2012 01:01:40      DS Waters Of America,
              5660 New Northside  Ste 500,   Atlana, GA 30328-5826
18673352     +E-mail/Text: bankruptcy@water.com Dec 21 2012 01:01:40      Hinckley Springs,
              6750 Discovery Blvd,   Mableton, GA 30126-4646
18673353     +E-mail/Text: Bankruptcy@icsystem.com Dec 21 2012 01:02:11      IC Systems,   444 Highway 96E,
              St Paul, MN 55127-2557
18673368     +E-mail/Text: bankrup@aglresources.com Dec 21 2012 00:55:17      Nicor,   P O Box 0632,
              Aurora, IL 60507-0632
18673309     +E-mail/Text: bankrup@aglresources.com Dec 21 2012 00:55:17      Nicor Gas,   P O Box 2020,
              Aurora, IL 60507-2020
19368439     +E-mail/Text: resurgentbknotifications@resurgent.com Dec 21 2012 00:54:42
              PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18673319*    +Banco Popular,   P O Box 4601,   Oak Park, IL 60303-4601
18673331*    +Com Ed,   P O Box 6111,   Carol Stream, IL 60197-6111
18673376*    +Sage Capital Recovery,   1040 Kings Hwy N,   Cherry Hill, NJ 08034-1908
18673315     ##+American Home Medical Supplies Inc,   5424 N Kedzie AVe,   Chicago, IL 60625-3922
18673335     ##+De Lage Landen,   P O Box 41601,   Philadelpha, PA 19101-1601
18673347     ##+Green Tee Lawn Care,   700 Kingslane Drive,   Batavia, IL 60510-2297
18673351     ##+Health Management Assoc,   425 Lewis Hargett Cir,   Lexington, KY 40503-3590
18673380     ##+Therapist Unltd,   2242 Ogden AVe,   Aurora, IL 60504-7218
                                                                                              TOTALS: 0, * 3, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez              Page 3 of 3              Date Rcvd: Dec 20, 2012
                              Form ID: pdf006            Total Noticed: 79
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2012 at the address(es) listed below:

```
          Joel P Fonferko    on behalf of Creditor   GMAC Mortgage, LLC as servicer for Deutsche Bank
           National Trust Company, solely as Trustee for MortgageLT Trust 2005-3, Mortgage-Backed Notes,
           Series 2005-3 ND-Two@il.cslegal.com
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Mark F. Becker    on behalf of Debtor Sakina S Kisat beclaw@att.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6
```