UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
KISAT, SAKINA S                     §    Case No. 12-11754
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $        from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Joseph A. Baldi, Trustee _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept Of Financial Profes Reg 329 W WAshington 6thFloor Springfield, IL  62786 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ABCare Rehabilitation Ltd 3441 Prestwick Lane Northbrook, IL  60062 | | | | | |
| | ABF Therapy Services PC P O Box 9544 Naperville, IL 60567 | | | | | |
| | AT&T P O Box 8100 Aurora, IL | | | | | |
| | ATT P O Box 8100 Aurora, IL | | | | | |
| | Ability Network Inc Dept Ch 16577 Palatine, IL  60577 | | | | | |
| | Advanced Therapy Solutions 5100 East State St   Ste 200 Rockford, IL  61108 | | | | | |
| | American Home Medical Supplies Inc 5424 N Kedzie AVe Chicago, IL  60625 | | | | | |
| | American Security Ins Co P O Box 50355 Atlanta, GA 30302 | | | | | |
| | Azam Khan 5628 Touhy Avenue Skokie, IL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bally Total Fitness P O Box 96241 Washington, DC 20090 | | | | | |
| | Banco Popular P O Box 4601 Oak Park, IL  60303 | | | | | |
| | Best Healthcare 2736 Bainbridge Blvd West Chicago, IL  60185 | | | | | |
| | Best Practice Of NW SC P O Box 758682 Baltimore, MD 21275-8682 | | | | | |
| | Blue Cross Blue Shield 300 E Randolph St   Dept 528 Chicago, IL  60601 | | | | | |
| | Buschbak Insurance Agency 5615 W 95 Street Oak Lawn, IL  60453 | | | | | |
| | Chicago Tribune 435 N Michigan Ave TT300 Chicago, IL  60611 | | | | | |
| | Christopher Walsh, ESq. 111 W. Washington Street Chicago, IL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Com Ed P O Box 6111 Carol STream, IL  60197 | | | | | |
| | Com Ed P O Box 6111 Carol Stream, IL  60197 | | | | | |
| | Community Physical Therapy Assoc 2171 Executiv Dr Suite 500 Addison, IL  60101 | | | | | |
| | DS Waters Of America 5660 New Northside  Ste 500 Atlana, GA  30328 | | | | | |
| | De Lage Landen P O Box 41601 Philadelpha, PA  19101 | | | | | |
| | Deyta LLC 7400 New LaGrange Rd  Ste 200 Louisville, KY  40222 | | | | | |
| | ER Doctor Best Practice Of Northwest SC P O Box 758682 Baltimore, MD 21275-8682 | | | | | |
| | GMAC Home Insurance P O Box 4025 Coraopolis, AA 15108 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gem Staffing 5440 N Cumberland #101A Chicago, IL  60656 | | | | | |
| | Green Tee Lawn Care 700 Kingslane Drive Batavia, IL  60510 | | | | | |
| | Groot P O Box 92197 Elk Grove, IL  60009 | | | | | |
| | Health Management Assoc 425 Lewis Hargett Cir Lexington, KY  40503 | | | | | |
| | Hinckley Springs 6750 Discovery Blvd Mableton, GA  30126 | | | | | |
| | Illinois Therapeutic & Nursing Service 6055 N Lincoln Ave STe 102 Chicago, IL  60659 | | | | | |
| | Indy Mac Bank P O Box 100511 Florence, SC  29502 | | | | | |
| | Indy Mac Home Insurance Div One Wst Bank FS P O Box 100511 Florence, SC  29502 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Indy Mac P O Box 100511 Florence, SC  29502 | | | | | |
| | Javier Ruiz Landscaping Service 266 Wayne Place Wheeling, IL  60090 | | | | | |
| | Lake View Management 135 E Algonquin Rd Ste 2A Arlington Heights, IL  60005 | | | | | |
| | Med Pass 10800 Industry Lane Miamisburg, OH  45342 | | | | | |
| | Midwest Financials 5421 W Lawrence AVe Chicago, IL 60630 | | | | | |
| | NCH P O Box 48458 Oak P Ark, MI  48237 | | | | | |
| | NCR REcovery Corp 5975 Cattlemen Ln  P O Box 50276 Sarasota, FL  34232 | | | | | |
| | Nicor Gas P O Box 2020 Aurora, IL  60507 | | | | | |
| | Nicor P O Box 0632 Aurora, IL  60507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palmetto GBA Government Finance Dept AG-215 P O Box 100192 Columbia, SC 29202 | | | | | |
| | Palmetto GBA LLC P O Box 100277 Columbia, SC 29202-3277 | | | | | |
| | Parkway Bank 4800 N Harlem Ave Harwood Hts, IL 60706 | | | | | |
| | Pitney Bowes P O Box 371887 Pittsburgh, PA 15250 | | | | | |
| | Prime Care Rehab Inc 1254 Adler Ln Carol Stream, IL 60188 | | | | | |
| | Quality Assured Services Inc Cba Alere Home Monitoring Prod 70 S Keller Rd Orlando, FL 32810 | | | | | |
| | Sage Capital REcovery 1040 Kings Hwy N Cherry Hill, NJ 08034 | | | | | |
| | Sage Capital Recovery 1040 Kings Hwy N Cherry Hill, NJ 08034 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suburban EZ Premium Payment 5615 W 95th Street Oaklawn, IL  60455 | | | | | |
| | T Mobile P O Box 742596 Cincinnati, OH  45274-2596 | | | | | |
| | TNR 150 Harvest Dr  Ste 105 Burr Ridge, IL  60527 | | | | | |
| | Therapeutic Services Of America 2625 Butterfield Rd STe 300 Oakbrook, IL  60523 | | | | | |
| | Therapist Unltd 2242 Ogden AVe Aurora, IL  60504 | | | | | |
| | Therapy Care Ltd 1049 E Wilson St   STe 100 Batavia, IL  60150 | | | | | |
| | Therapy Network Resources 150 Harvest Dri Ste 105 Burr Ridge, IL  60527 | | | | | |
| | United Rehab Providers 8224 S Kedzie Ave Chicago, IL  60652 | | | | | |
| | Vonage | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Weedman 830 Steon Ct #1 Wheeling, IL  60090 | | | | | |
| | Wildlife SErvices LLC P O Box 1077 McHenry, IL  60050 | | | | | |
| | XCELHC 2201 Main Street Evanston, IL  60202 | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000003 | CAPITOL INDEMNITY CORPORATION | | | | | |
| 000001 | GREEN OAKS THERAPY LLC | | | | | |
| 000002 | POPULAR COMMUNITY BANK | | | | | |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - KISAT

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-11754 | CAD | Judge: Carol A. Doyle | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | KISAT, SAKINA S | | | Date Filed (f) or Converted (c): | 03/24/12 (f) |
| | | | | 341(a) Meeting Date: | 05/23/12 |
| For Period Ending: 03/18/13 | | | | Claims Bar Date: | 09/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2401 Lehman Drive, West Chicago, IL 60185 | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. cash | 250.00 | 0.00 | | 0.00 | FA |
| 3. Bank of America   291003369696 | 0.00 | 0.00 | | 0.00 | FA |
| 4. Chase   1110025110017 | 334.61 | 0.00 | | 0.00 | FA |
| 5. Chase checking  111-0025-110017 | 430.00 | 0.00 | | 0.00 | FA |
| 6. Northern Trust Bank, 1700 Green Bay Road, Highland | 0.00 | 0.00 | | 0.00 | FA |
| 7. household goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. clothes | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Shareholder of Will STaff Inc. Home Health Care SE | 0.00 | 0.00 | | 0.00 | FA |
| 10. Stock in Secure Funding Corp | 0.00 | 0.00 | | 0.00 | FA |
| 11. 2005 LExus RX330 | 5,000.00 | 4,250.00 | | 4,250.00 | FA |
| TOTALS (Excluding Unknown Values) | $258,214.61 | $4,250.00 | | $4,250.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/13     Current Projected Date of Final Report (TFR): 01/31/13

/s/    Joseph A. Baldi, Trustee

_____     Date: 03/18/13

JOSEPH A. BALDI, TRUSTEE

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.01

FORM 2    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | |
|---|---|
| Case No: 12-11754 -CAD | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: KISAT, SAKINA S | Bank Name: Congressional Bank |
| | Account Number / CD #: *******7433 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******4657 | |
| For Period Ending: 03/18/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/18/12 | 11 | SAKINA S. KISAT<br>CASHIER'S CHECK - CHASE | SALE PROCEEDS: VEHICLES | 1129-000 | 4,250.00 | | 4,250.00 |
| 01/25/13 | 001001 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,062.50 | 3,187.50 |
| 01/25/13 | 001002 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 747.50 | 2,440.00 |
| 01/25/13 | 001003 | Green Oaks Therapy LLC<br>2150 Irene Ln<br>Green Oaks, IL 60048 | Claim 000001, Payment 0.36581% | 7100-000 | | 13.59 | 2,426.41 |
| 01/25/13 | 001004 | Popular Community Bank<br>Paul Warner<br>9600 W Bryn Mawr<br>Rosemont, IL 60018 | Claim 000002, Payment 0.36575% | 7100-000 | | 2,268.68 | 157.73 |
| 01/25/13 | 001005 | Capitol Indemnity Corporation<br>14100 N 83rd Avenue Suite 235<br>Peoria, AZ 85381 | Claim 000003, Payment 0.36575% | 7100-000 | | 85.37 | 72.36 |
| 01/25/13 | 001006 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 0.36552% | 7100-000 | | 5.20 | 67.16 |
| 01/25/13 | 001007 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000005, Payment 0.36578% | 7100-000 | | 67.16 | 0.00 |

                                                                Page Subtotals     4,250.00     4,250.00

Ver: 17.01

FORM 2 Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-11754 -CAD | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- |
| Case Name: | KISAT, SAKINA S | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7433 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4657 | | |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 4,250.00 | 4,250.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 4,250.00 | 4,250.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 4,250.00 | 4,250.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********7433) | 4,250.00 | 4,250.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,250.00 | 4,250.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*